UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OMAR A. AL-DAHIR, ET AL. | MISCELLANEOUS ACTION |
| VERSUS | NO. 11-2338 |
| UNITED STATES DEPARTMENT OF JUSTICE | SECTION "N" (5) |

**ORDER AND REASONS**

Having reviewed the parties' submissions, the Court, based on the showings made, is not convinced that any of Petitioners' property in question remains in the possession of the Federal Bureau of Investigation (FBI). Similarly, for essentially the same reasons set forth in Defendant's memorandum (Rec. Doc. 5), the Court finds that Petitioners have not established entitlement to any additional relief under Rule 41(g) of the Federal Rules of Criminal Procedure, for alleged damage to, or loss of, their property while it previously was in the possession of the FBI. *See* F. R. Cr. P. 41. Accordingly, **IT IS ORDERED** that Petitioners' "Motion to Return Property" is **DENIED** on grounds that is now **MOOT**. **IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED**.

New Orleans, Louisiana, this 24th day of January 2012.

_____
**KURT D. ENGELHARDT**
**United States District Judge**